■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHIAL E. FOSTER, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.

**152** NIKKI PAGAN, Respondent-Appellant, v FRANK RAFTER, Appellant-Respondent. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present— Smith, J.P., Peradotto, Carni and Valentino, JJ.

■ In the Matter of HEATHER A. COLE, Appellant, v MICHAEL JAMES NOFRI, Respondent. KELLY M. CORBETT, ESQ., Attorney for the Child, Appellant. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ In the Matter of the Arbitration between ONTARIO COUNTY and Another, Petitioners-Appellants, and ONTARIO COUNTY SHERIFF'S UNIT 7850-01, CSEA LOCAL 1000, AFSCME, AFL-CIO, Respondent. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni and Sconiers, JJ.

■ RICHARD WESTGATE, Appellant, v DAVID S. BRODERICK, as Administrator of the Estate of THOMAS D. HOGAN, III, Deceased, et al., Respondents, et al., Defendant. [972 NYS2d 140]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.

■ CHRISTOPHER HAMILTON, Appellant, v JOHN MILLER et al., Respondents. [972 NYS2d 139]—Motion to resettle and clarify denied. Cross motion to resettle and modify denied. Present— Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ In the Matter of GREEN THUMB LAWN CARE, INC., et al., Appellants, v PETER M. IWANOWICZ, Acting Commissioner of New York State Department of Environmental Conservation, et al., Respondents. (Appeal No. 1.) [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

■ In the Matter of GREEN THUMB LAWN CARE, INC., et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, Respondent. (Appeal No. 2.) [972 NYS2d 139]— Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

■ PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No. 1.) [972 NYS2d 140]—Motion for re-

argument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

█ PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No.2.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

█ PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No. 3.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

█ PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No. 4.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

█ In the Matter of JAYSON BULMAHN, Petitioner, v NEW YORK STATE OFFICE OF MEDICAID INSPECTOR GENERAL et al., Respondents. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Lindley and Valentino, JJ.

█ GERALD SCHMITT, Appellant, v SANDRA SCHMITT, Respondent. (Appeal No. 1.) [972 NYS2d 140]—Motion for reargument or amendment denied. Present—Centra, J.P., Fahey, Carni and Whalen, JJ.

█ SUE/PERIOR CONCRETE & PAVING, INC., Respondent, v LEWISTON GOLF COURSE CORPORATION et al., Respondent, et al., Respondent, et al., Defendants. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals granted. Present—Peradotto, J.P., Lindley, Valentino and Whalen, JJ.

█ MARC A. NICOMETI, Respondent, v THE VINEYARDS OF FREDONIA, LLC, et al., Appellants, et al., Defendants. SCOTT PFOHL, et al., Third-Party Plaintiffs, v WESTERN NEW YORK PLUMBING-ELLICOTT PLUMBING AND REMODELING CO., INC., Third-Party Defendant-Appellant. [972 NYS2d 140]—Motions and cross motions for reargument denied. Motions and cross motions for leave to appeal to the Court of Appeals granted. Present—Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CRENSHAW, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.